# EXHIBIT A

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: SUCV2012-04121-H

RE: Goren v Doe dba et al

TO: Richard A Goren, Esquire
101 Federal St Suite 1900
Boston, MA 02110-4210

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **05/08/2013** the following entry was made on the above referenced docket:

**JUDGMENT AND AMENDED PERMANENT INJUNCTION (Inge J)** entered on docket pursuant to Mass R Civ P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d)

Dated at Boston, Massachusetts this 8th day of May, 2013.

Michael Joseph Donovan,
Clerk of the Courts

BY: Nancy E. Goldrick
Assistant Clerk

Telephone: 617-788-8147

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130 cvdgeneric_2.wpd 4313120 judgm phillips

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                         SUPERIOR COURT DEPARTMENT
                                                          OF THE TRIAL COURT

RICHARD A. GOREN,               )
                                )
          Plaintiff             )
                                )
          v.                    )
                                )      CA # 2012-4121-H
JOHN DOE dba Arabianights-Boston,)
Massachusetts,                  )
and                             )
                                )
STEVEN DuPONT aka               )
STEVEN CHRISTIAN DuPONT         )
          Defendants.           )

## JUDGMENT and AMENDED PERMANENT INJUNCTION

This case came on to be heard upon plaintiff's motion to amend Default Judgment, the Court, _____ presiding, and upon consideration thereof, being satisfied that the continued republication of John Doe dba Arabianights-Boston Massachusetts' January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren" presents a continuing threat of irreparable harm to the plaintiff Richard A. Goren that cannot be remedied by an award of damages warranting continuation of the Court's November 26, 2012 Preliminary Injunction as a sufficiently narrow permanent injunction, the defendants not opposing the entry of a permanent injunction, and plaintiff having dismissed his claims for money damages under Counts I and III of his Verified Complaint,

IT IS ORDERED and ADJUDGED:

JUDGMENT ENTERED ON DOCKET _____5/8_____ 20_13_
PURSUANT TO THE PROVISIONS OF MASS. R. CIV. P.58(a)
AND NOTICE SEND TO PARTIES PURSUANT TO THE PRO-
VISIONS OF MASS. R. CIV. P. 77(d) AS FOLLOWS

TRUE COPY OF JUDGMENT DULY ENTERED ON _____5-8_____ 13

1.  that the Defendant, John Doe dba Arabianights-Boston Massachusetts, nka Christian DuPont and the Defendant Steven DuPont aka Steven Christian DuPont, and any person or entity acting as his agent, attorney, servant, employee, or any other person or entity in active concert or participation with either of John Doe dba Arabianights-Boston Massachusetts, , nka Christian DuPont or the Defendant Steven DuPont aka Steven Christian DuPont, who receives actual notice of this Order, is **PERMANENTLY ENJOINED and RESTRAINED** from continuing to publish or to republish all or parts of the John Doe dba Arabianights-Boston Massachusetts' January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren."

**IT IS FURTHER ORDERED and ADJUDGED:**

2.  that the Defendant, John Doe dba Arabianights-Boston Massachusetts, nka Christian DuPont shall take any and all steps and action necessary or appropriate, including without limitation institution of legal proceedings in a court of competent jurisdiction, to cause the removal, retraction, and/or deletion from the Ripoff Report website of the John Doe dba Arabianights-Boston Massachusetts' January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren."

3.  that all rights in and to ownership of the copyright by the author John Doe dba Arabianights-Boston Massachusetts, nka Christian DuPont of the January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren" is hereby transferred to the plaintiff Richard A. Goren, meaning and intending to convey, transfer and assign by this Order and Judgment the full and exclusive ownership of copyright in and to that work so as to qualify as a transfer of ownership under 17 U.S.C. §201 (d) and/or under 17 U.S.C. §204.

4. that the plaintiff Richard A. Goren is hereby appointed attorney-in-fact, coupled with an interest, with power of substitution, in the name and place of Defendant John Doe dba Arabianights-Boston Massachusetts, nka Christian DuPont, to execute and deliver a conveyance, transfer, and assignment of all rights in and to ownership of the copyright by the author John Doe dba Arabianights-Boston Massachusetts, nka Christian DuPont of the January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren."

5. that the plaintiff Richard A. Goren is hereby appointed attorney-in-fact, coupled with an interest, with power of substitution, in his own name as owner of copyright or otherwise as well as in the name and place of Defendant John Doe dba Arabianights-Boston Massachusetts, nka Christian DuPont, to take all steps and action necessary or appropriate in the name and place of said defendant to cause the removal, retraction, and/or deletion from the Ripoff Report website of the John Doe dba Arabianights-Boston Massachusetts' January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren" including without limitation institution of legal proceedings in a court of competent jurisdiction.

6. that the acts of said attorney-in-fact shall for all purposes and effects constitute the acts of the Defendant John Doe dba Arabianights-Boston Massachusetts, nka Christian DuPont as if done by said defendant.

Entered: April, 2013

_____
Associate
Justice of the Superior Court


A TRUE RECORD:

ATTEST: _____

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT DEPARTMENT
                                                    OF THE TRIAL COURT

RICHARD A. GOREN,                )
                                 )
        Plaintiff                )
                                 )
v.                               )
                                 )   CA # 2012-4121-H
JOHN DOE dba Arabianights-Boston,)
Massachusetts,                   )
and                              )
                                 )
STEVEN DuPONT aka                )
STEVEN CHRISTIAN DuPONT          )
        Defendants.              )
                                 )

## MOTION TO AMEND DEFAULT JUDGMENT

Pursuant to Rule of Civil Procedure 59, plaintiff Richard A. Goren hereby moves to amend the Default Judgment and permanent injunction entered on March 20, 2013 restraining each defendant from continuing to publish, and/or from republishing all or any part of the John Doe dba Arabianights-Boston Massachusetts' January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren,"  To achieve the purpose of the Default Judgment, plaintiff proposes to add an assignment and transfer of the copyright of the defendant John Doe dba Arabianights-Boston Massachusetts nka Christian DuPont's January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren."

A proposed form of Judgment is attached as Exhibit A.

March 25, 2013

Respectfully Submitted,

Richard A. Goren,
Plaintiff PRO SE

_____
Richard A. Goren, BBO# 203700
rgoren@richardgorenlaw.com
Law Office of Richard Goren
101 Federal Street Suite 1900
Boston, MA 02110
617-261-8585

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, I gave notice of this Motion to Amend Default Judgment to John Doe dba Arabianights-Boston Massachusetts nka Christian DuPont and Steven DuPont aka Steven Christian DuPont by sending a copy by email to dupontmaui@gmail.com and dupontmaui@yahoo.com and by hand delivery to Christian DuPont, 46 Rutland Square, c/o Sextus Norden Jr., Boston MA 02118 and advising each defendant that I intended to seek a hearing on this motion at 2:00pm on Tuesday April 9, 2013 and to file any response to the Motion to Amend Default Judgment prior thereto to:

Suffolk Superior Court
Civil Clerk's Office
Suffolk Superior Courthouse, 12th floor
3 Pemberton Square
Boston, MA 02108

_____
Richard A. Goren

2

# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                  SUPERIOR COURT DEPARTMENT
                                              OF THE TRIAL COURT

RICHARD A. GOREN,                    )
                                     )
        Plaintiff                    )
                                     )
        v.                           )        CA # 2012-4121-H
                                     )
JOHN DOE dba Arabianights,           )
and                                  )
                                     )
STEVEN DuPONT aka                    )
STEVEN CHRISTIAN DuPONT              )
        Defendants.                  )

## PRELIMINARY INJUNCTION

This case came on to be heard upon the return of a Summons and an Order of Notice to each of John Doe dba Arabianights-Boston Massachusetts and Steven DuPont aka Steven Christian DuPont to show cause why a preliminary injunction should not issue, and the Court being satisfied that each of the defendant John Doe dba Arabianights-Boston Massachusetts and the defendant Steven DuPont aka Steven Christian DuPont had actual notice of the application and hearing this day, and upon consideration thereof, being satisfied that the continued republication of John Doe dba Arabianights-Boston Massachusetts' January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren" presents a continuing threat of irreparable harm to the plaintiff Richard A. Goren that cannot be remedied by an award of damages.

*[signature]*

**IT IS ORDERED** that the Defendant, John Doe dba Arabianights-Boston Massachusetts, any person or entity acting as his agent, attorney, servant, employee, or any other person or entity in active concert or participation with John Doe dba Arabianights-Boston Massachusetts, who receives actual notice of this Order, is ENJOINED and RESTRAINED from continuing to publish or to republish John Doe dba Arabianights-Boston Massachusetts' January 31, 2012 Report # 831689 posted on the Ripoff Report website captioned "Complaint Review: Richard A. Goren."

This injunction shall remain in effect pending further order of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff is excused from posting bond or security.

Entered: November 26, 2012

Raymond J. Brassard, Associate
Justice of the Superior Court

A TRUE RECORD:

ATTEST: _____

HEREBY ATTEST AND CERTIFY ON
_____
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

# EXHIBIT C

**Richard A Goren Boston attorney Google Search 7-16-13 page 2, item 4**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=15&cad=rja&ved=0CGMQFjAEO Ao&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=DVHlUcPGKK3K4AO_o4DACQ&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=ekB_rX3A6KJTQ7oRGOKzgQ&bvm=bv.48705608,d.aWc

**Richard A Goren Boston business attorney fraud Google Search 7-16-13 page 1, item 6**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=4&cad=rja&ved=0CFgQFjAD&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=i1TlUbmNFIX94AOouIDwCA&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=IwV9CwvUQX1YPaMnyyWPlw&bvm=bv.48705608,d.aWc

**Richard A Goren fraud Google Search 7-16-13 page 1, item 1**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CDgQFjAA&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=o1HlUbDiK5fJ4APgnoH4Aw&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=jL_GVYnXaESa0q2GDRBc9w&bvm=bv.48705608,d.aWc

**Richard A Goren fraud Google Search 7-16-13 page 1, item 2**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=2&cad=rja&ved=0CD4QFjAB&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FBodoff-Associates-PC%2Finternet%2FBodoff-Associates-PC-Bodoff-Associates-Attorneys-Fraud-Harassment-Discriminati-833025&ei=o1HlUbDiK5fJ4APgnoH4Aw&usg=AFQjCNGToEWKV4SIDo8DVvjS0jwEtot_-w&sig2=LGtm5Kzuey_ZVcMltgrVMg&bvm=bv.48705608,d.aWc

**Richard A Goren criminal Google search 7-16-13 page 1, item 1**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CE8QFjAA&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=103lUbS2OMGbygHVt4CQBg&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=rd5xnnJiv7FUUJight_59A&bvm=bv.48705608,d.aWc

**Richard A. Goren elder abuse Google search 7-16-13 page 1, item 1**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CDkQFjAA&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=OO7lUa6BLMblyQG2zYGABA&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=maE3DH0CH0bu4n3rGKijiw&bvm=bv.48705608,d.aWc

### Richard A. Goren child abuse Google search 7-16-13 page 1, item 1

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CDsQFjAA&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=6U_lUbmxA4_H4AO1z4Aw&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=Vru5n7G9n2tB_xHklzrrHw&bvm=bv.48705608,d.aWc

### Richard A Goren theft Google search 7-16-13 page 1, item 5

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=5&cad=rja&ved=0CEsQFjAE&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=H1DlUYGzCcep4APIgYHwBw&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=QcYP7cttiXgS2xpSUQwSWQ&bvm=bv.48705608,d.aWc

### Richard A. Goren perjury Google search 7-16-13 page 1, item 1

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CC0QFjAA&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=gFDlUeSCNo_94AOa6IDoCg&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=odbgec_zzFyWZQa9KZRacw&bvm=bv.48705608,d.aWc

### Richard A. Goren harassment Google search 7-16-13 page 1, item 1

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CC0QFjAA&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FRichard-A-Goren%2Finternet%2FRichard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689&ei=DFPlUfnYCdal4AOGv4D4Ag&usg=AFQjCNGFCbyKFNMm-4O91vGDZrpzrFtPxw&sig2=TPyT4SqkNJ1c20DvZs1A8A&bvm=bv.48705608,d.aWc

### Richard A. Goren harassment Google search 7-16-13 page 1, item 2

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=2&cad=rja&ved=0CDMQFjAB&url=http%3A%2F%2Fwww.ripoffreport.com%2Fr%2FBodoff-Associates-PC%2Finternet%2FBodoff-Associates-PC-Bodoff-Associates-Attorneys-Fraud-Harassment-Discriminati-833025&ei=DFPlUfnYCdal4AOGv4D4Ag&usg=AFQjCNGToEWKV4SIDo8DVvjS0jwEtot_-w&sig2=EDgmH3xEHxgMii6WpWST2g&bvm=bv.48705608,d.aWc

**Richard A. Goren harassment Google search 7-16-13 page 1, item 3**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=3&cad=rja&ved=0CDkQFjAC&url=http%3A%2F%2Fwww.ripoffreport.com%2Fdirectory%2Fgoren-goren.aspx&ei=DFPlUfnYCdal4AOGv4D4Ag&usg=AFQjCNEg0SgshCIqkR-mP6odmgng-VJrkQ&sig2=o5G5N3buBI0LsNkpOd6UyA&bvm=bv.48705608,d.aWc

**Richard A. Goren harassment Google search 7-16-13 page 1, item 4**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=4&cad=rja&ved=0CD4QFjAD&url=http%3A%2F%2Fwww.ripoffreport.com%2Freports%2Fdirectory%2F-richard-a%3F%26pg%3D11&ei=DFPlUfnYCdal4AOGv4D4Ag&usg=AFQjCNFyyd837VdQNQxXgxAn1469-jF3Hg&sig2=GlivxPfgRW0KRUpNbp85tw&bvm=bv.48705608,d.aWc

**Richard A. Goren harassment Google search 7-16-13 page 1, item 5**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=5&cad=rja&ved=0CEMQFjAE&url=http%3A%2F%2Fwww.ripoffreport.com%2Freports%2Fdirectory%2Frichard%3F%26pg%3D12&ei=DFPlUfnYCdal4AOGv4D4Ag&usg=AFQjCNFYdpZfAnFUDDPBt4eQxlvxvRUhNQ&sig2=pbBsEdAktiAPtN7ot1teOA&bvm=bv.48705608,d.aWc

**Richard A. Goren harassment Google search 7-16-13 page 1, item 6**

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=6&cad=rja&ved=0CEgQFjAF&url=http%3A%2F%2Fwww.ripoffreport.com%2Freports%2Fdirectory%2Frichard%3Fp%3D48%26pg%3D11&ei=DFPlUfnYCdal4AOGv4D4Ag&usg=AFQjCNFCEOsEWZcrtBKzSn_j4rc6YfuD4w&sig2=PHrPVKnxOyzCGmZhUpkYpQ&bvm=bv.48705608,d.aWc