# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-491-670**

**Effective date of registration:**

March 7, 2012

---

## Title

**Title of Work:** Group Registration for an automated database titled Ripoff Reports from January 1, 2012 to March 7, 2012; Representative date March 7, 2012; updated minute by minute

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 7, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Xcentric Ventures, LLC
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Xcentric Ventures, LLC
PO BOX 310, Tempe, AZ, 85280, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TXu1-371-920   2008

**New material included in claim:** text, compilation, editing

## Rights and Permissions

**Organization Name:** Gingras Law Office, PLLC
**Name:** David Gingras
**Email:** david@gingraslaw.com     **Telephone:** 480-668-3623
**Address:** 3941 E. Chandler Blvd.
#106-243
Phoenix, AZ 85048  United States

## Certification

**Name:** David S. Gingras

**Date:** March 7, 2012

**Correspondence:** Yes

