**Is there a Ripoff Report about you!? SEO Reputation Management WARNING!**  Click Here Now!

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

# Ripoff Report®

Don't let them get away with it.® Let the truth be known!™

Ripoff Report Verified™ Business Directory™
Ripoff Report verified safe ...businesses you can trust!
See It Now

- Home
- Help
- Register to File a Report
- Login

Total Visits since 1998: 8,807,269,102   Estimated money Consumers saved since 1998: $15,412,720,928.43   Reports filed: 1,670,400

FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Repair your reputation the right way Corporate Advocacy | Company Name or Report #  SEARCH

Ripoff Report protects consumers first amendment right to free speech    Review Latest Reports    Advanced Search    Browse Categories

Report: #831689

# Complaint Review: Richard A. Goren

**Related Reports**

Richard A. Goren Richard A. Goren Bodoff & Associates, P.C. Fraud, Harassment & Discrimination Internet

**Featured Ripoff Reports**



Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.

The New "Digital Extortion" Is there a Ripoff Report on you?

Reputation Management SEO WARNING! They might contact you next!

**Past Featured Reports**

**Ripoff Reports**

Mr. Movers Dallas - DFW Moving Contractors Unprofessional, RUDE, Careless, VULGAR Dallas Texas

NewsMax Free Stuff and Great Bargain Adventures for People Over 50 Florida


Red Rock Tribal Lending, LLC

- **Submitted:** Tue, January 31, 2012    **Updated:** Tue, July 24, 2012
- **Reported By:** Arabianights — Boston Massachusetts United States of America

- Richard A. Goren
  120 Water Street
  Internet
  United States of America
- **Phone:** 617 742 7300
- **Web:** www.bodofflaw.com
- **Category:** Lawyers

## Richard A. Goren Richard A. Goren Bodoff & Associates, P.C. Fraud, Harassment & Discrimination Internet

***Consumer Comment: Corky!!!**

***REBUTTAL Owner of company: Kealii, - Is mentally ill.**

***Consumer Comment:** Steven Christian Dupont, the man of the hour!

   Recommend this on Google Tweet 0    Like 0

**REBUTTAL BOX™ | Respond to this Report!**

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

A.k.a., Richard A. Goren, Alias, Richard Goren, Alias, 'Psycho-Richard' Goren, Alleged Attorney, Bodoff & Associates, P.C., 120 Water Street - Boston, Massachusetts 02109-4210

Sources confirm A.k.a., Richard A. Goren, alleged counselor at law routinely seizes assets from the elderly, fraudulently.

Sources confirm alias, Richard Goren, maliciously abuses the law. 'Psycho-Richard' Goren, routinely files baseless lawsuits in order to seize assets from clients, from adversaries and even from his own family.

Sources confirm Richard Goren, intentionally abuses the law. 'Psycho-Richard' Goren, routinely perjures himself to State authorities in order to fraudulently manufacture cases against his victims.

Sources confirm Richard A. Goren, attorney-at-law, has a history of child abuse, domestic violence and bi-sexuality.

Apparently, Richard Goren, has serious problems coping with his own sexuality.





0 Author  2 Consumer  1 Employee/Owner

SEO Reputation Management at its best!
















Sidebar complaint links (CastlePayday.com, Cat's Meow TM, Reza Mokhtarian, Greendot Corporation, Endeavor Telecom, Priority Payment Systems PDX, Capital Alliance, "Rabbi" Moshe Otero, Scott Juceam).

Apparently, Richard Goren, has serious problems coping with his violent temper

Apparently, Richard Goren, has serious problems coping with his addiction to illicit substances.

According to sources, Richard A. Goren, has a lengthy history of abusive behavior.

Apparently, Richard Goren, routinely violates Bodoff & Associates, clients and adversaries civil rights and the criminal justice system by intentionally, committing perjury, fraud, malicious prosecution and abuse of process to achieve his schemes.

Apparently, 'Psycho-Richard' Goren, has a history of persecuting the elderly, especially, wealthy elderly women.

A.k.a., Richard A. Goren, preys on the most vulnerable in society, - elderly women and children.

If you or anyone in your family has been subjected to alleged attorney Richard A. Goren's, psychologically disturbed practices or has had any difficulty financially or legally due to this Bodoff & Associates P.C., counselor's malfeasance, please contact the Federal Bureau of Investigation, ('FBI'), & the Securities and Exchange Commission, ('SEC'), - immediately.

This report was posted on Ripoff Report on 01/31/2012 08:53 AM and is a permanent record located here: http://www.ripoffreport.com/r/Richard-A-Goren/internet/Richard-A-Goren-Richard-A-Goren-Bodoff-Associates-PC-Fraud-Harassment-Discrimina-831689. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Richard A. Goren



### Updates & Rebuttals

REBUTTALS & REPLIES:
0 Author | 2 Consumer | 1 Employee/Owner

#1 Consumer Comment

### Corky!!!

AUTHOR: The Tracker - (USA)

SUBMITTED: Tuesday, July 24, 2012

Hi Corky!

Well, here we are again...another episode of Life Goes On...with Steven Christian Du...er, Corky...

your dumb toadstool...

### Report Attachments:



Respond to this report!    [File a Rebuttal] 

Deutch tax attorney, HELP! being harassed and sued frivolous law suit Sacramento California *UPDATE.. Threatening phone calls from Ronis Half-brother and executive employee made to ED Magedson, Founder of Rip-off Report. *UPDATE.. Roni Lynn Deutch sued by California State Attorney General for $34 million. Attorney General Jerry Brown says Deutchs $25 million-a-year empire is essentially a fraud.


Pete's Mobile Mechanic Pete Rodriguez Mobile Mechanic Pete Rodriguez Las Vegas Nevada


Sanford Brown College says I owe $2,414 aside from student loans. Cannot receive further financial until paid, however I'm unemployed Hazelwood Missouri


justmugshots.com Never removed picture or provided services for anything payed for and has been over a month. DO NOT PAY THIS SCAM ARTIST!! Little Elm Texas


BEST PROPERTY RENTAL EL GARDENA MHP this company is harrasing tenants if you dont buy their property. charges $100 if late 1/2 a day milpitas California


Teresa Pitre Top Tax Defenders Teresa Pitre doesn't care about her customers. Just taking their money Houston Texas


Top Tax Defenders They are useless. Houston Texas


Richard J Wyant Muscle Labs USA,legal-steroid-reviews.com,OrderLegalSteroids,con sorice seller on amazon, Richard Wyant selling dangerous fraudulent supplements under many business names. Columbiana Ohio


Globalrocker Globalrocker, lies and false delivery to the consumer Jacksonville Florida


T&G Contruction T&D construction Terry Goodwin Did not finish the job, Stole items from premise Bethel Ohio

Mountainview Small Animal Hospital Vanessa M. Teresi, D.V.M., Craig B. Hempel, Thomas F. Jessup, D.V.M. Mountainview Small Animal Hosp Over-charged and over-treated an 80 year old woman's kitten. And they're EXTREMELY... RUDE! Lake Elsinore California

## #2 REBUTTAL Owner of company

### Keali'i, is mentally ill.

AUTHOR: Exposeone - (United States of America)
SUBMITTED: Tuesday, July 24, 2012

Alias, 'Keali'i' 'Aiken,' alias, 'Keali'i "Blaisdell," - Is mentally ill.

If you are seriously interested in anyone contact serious sources for your information rather than Internet sites designed for the malicious and the vindictive.

Steven Christian Du Pont, Is Not guilty of any crimes or any 'schemes,' nor has he ever been.

Alias, 'Keali'i' Aiken, Alias, 'Keali'i' "Blaisdell," is guilty of many crimes and many 'schemes.'

Alias, 'Keali'i' Blaisdell, continues to literally exemplify why one should never abuse cocaine and opium.

Sources confirm, 'Keali'i's' substance abuse ruined his career, his credit and his family.

Apparently, 'Keali'i's' addiction to cocaine irreparably damaged his cognitive abilities.

Tragically, Keali'i is psychotically obsessed with Steven Christian Du Pont.

The tragedy is that 'Keali'i,' obsessively & compulsively, 'projects,' his problems, psychologically onto any & every one, especially Steven Christian Du Pont.

'Keali'i's' psychotic 'projection' of his 'issues,' & 'problems,' onto Steven Christian Du Pont, is simply a desperate attempt to escape reality, -

'Keali'i's,' reality of poverty & failure.

Respond to this report!   File a Rebuttal 

#3 Consumer Comment

### Steven Christian Dupont, the man of the hour!

AUTHOR: The Tracker - (USA)
SUBMITTED: Monday, July 23, 2012

Boy Steve you da man! Here you are again defaming another person...are you stupid??? I hope you go to hell and rot....geeze toadstool you can never stop spreading lies...

When you left me for another I was so heartbroken...and now I find you on here??? Why Steve, why??? Look it isnt your fault that you gave me Chlamydia, I know that you got it from your father but......

HAHAHAHA!!!!!

D*uchenozzle...I will see you soon...

Laters toadstool!

**Report Attachments:**



Respond to this report!   File a Rebuttal 

**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|


Dephasium DPHS Eric Littman Says they have discovered a breakthrough in Electro Magnetic Wave protection from phones, etc. Pump and dump. Miami Florida


M Thomas Sold hidden defects in a Used car to my needy Daughter (Dave is your typical used car salesman) Warren Michigan


Rachel Singer Jayne Pallot Littman Released our sex tape without my consent. Miami Florida


Michael Cornwall DEADBEAT COURT REPORTER WITH PATTERN OF BEHAVIOR Ajax Ontario Ontario

File a Rebuttal    File a Report    Get Started

**Arbitrate**

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

## Ripoff Report in the Media


Ripoff Report on CBS 19


Ripoff Report on CBS 19 - Global Marketing Alliance


Ripoff Report on ABC 15 - Smart Shopper


Ripoff Report - Girls Gone Wild


Ripoff Report on Fox 11 - Car Repair

See more videos

## Special Features

### Doctored Reviews
What patients don't know
Why Medical Justice's an

Doctored Reviews is designed to help patients, doctors, and websites understand the problems created by Medical Justice, a company trying to restrict online patient reviews, and to offer some ways that let patients freely talk about their healthcare experiences.


DEMOCRACY IS FOR PEOPLE

The government should serve voters, not corporate special interests. Public Citizen works to empower ordinary citizens, reduce the influence of big corporations on government, open the government to public scrutiny, and hold public officials accountable for their misdeeds.






# Ripoff Report

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |
| Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
| Want to sue Ripoff Report? | Donate to our Legal Defense | BadBusinessBureau.com |

Copyright © 1998-2013, Ripoff Report. All rights reserved.