Is there a Ripoff Report about you!? SEO Reputation Management WARNING! **Click Here Now!**

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

# Ripoff Report

Don't let them get away with it.® Let the truth be known!™

Ripoff Report Verified Business Directory™
...businesses you can trust!
**See It Now**

- Home   - Help                                                                                    - Register to File a Report   - Login
- Total Visits since 1998: 8,816,065,638   - Estimated money Consumers saved since 1998: $15,428,114,865.75   - Reports filed: 1,689,255

FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Repair your reputation the right way - Corporate Advocacy | Company Name or Report # [SEARCH]

- Ripoff Report protects consumers first amendment right to free speech                            - Review Latest Reports   - Advanced Search   - Browse Categories





**Report: #833025**

# Complaint Review: Bodoff & Associates, P.C.

**Related Reports**

Richard A. Goren Richard A. Goren Bodoff & Associates, P.C. Fraud, Harassment & Discrimination Internet

Bodoff & Associates, P.C. Bodoff & Associates, Attorneys Fraud, Harassment & Discrimination Internet, Internet

- **Submitted:** Thu, February 02, 2012   - **Updated:** Thu, February 02, 2012
- **Reported By:** Arabianights — Boston Massachusetts United States of America

- Bodoff & Associates, P.C.
  120 Water Street
  Internet
  United States of America
- **Phone:** 617 742 7300
- **Web:** www.bodofflaw.com
- **Category:** Lawyers

## Bodoff & Associates, P.C. Bodoff & Associates, Attorneys Fraud, Harassment & Discrimination Internet, Internet

**Featured Ripoff Reports**



**Ben Smith Sac County Iowa Attorney** prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.

The New "Digital Extortion" Is there a Ripoff Report on you?

Reputation Management SEO WARNING! They might contact you next!

**Past Featured Reports**

### REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

A.k.a., Richard A. Goren, Alias, Dick Goren, Alias, 'Psycho-Richard' Goren,
Alleged Attorney, Bodoff & Associates, P.C., 120 Water Street - Boston, Massachusetts 02109-4210

Sources confirm, Richard A. Goren of Bodoff & Associates P.C.,is essentially a thief that masquerades as an attorney.

Sources confirm, his career in law is a catalog of incompetence, failure and fraud.  Apparently, his clients have sustained serious economic losses.

According to one victim, Richard Goren's incompetence and stupidity cost his family in excess of two hundred & fifty thousand dollars, ($250,000.).

According to another client, a.k.a. Richard A. Goren of Bodoff & Associates P.C., lost her family's entire fortune.

Sources confirm, alias, Richard Goren convinces naive clients to trust his ability to pursue lawsuits based on his alleged success and connections, politically.


















**Ripoff Reports**

 Francois Vision Supreme Primo,Yun Tuk, Jean louis Pierre Francoid, King hatchoprite, Francois Legagneur is a predator!!! BEWARE New York, New York

 Francois Vision Francois Legagneur PREYS ON INSPIRING MODELS Queens, NYC, New York

 Pivotal Health Products Troy Custer Products Don't Work, Very Expensive Waste Of Money Phoenix Arizona

 Ted's Tire and Total Car Care Ted Esber Owner and employees engage in scams to overcharge and defraud cutomers- stay away Oceanside California

 Tyler Southern Credit Card Inheritance Fraud Criminal Thug Scammer Craigslist Laguna Beach California

Travis Petelle www.internetbizmasters.comList Building Maniacs TRAVIS PETELLE IS A SCAMMER THAT SELLS OLD REUSED INFO AND WILL NOT GIVE YOU YOUR MONEY BACK AND WILL CALL YOU A THIEF FOR ASKING FOR A RETURN Nashville Tennessee

 Orange County Professional Auto Brokers 10 Months of agony, ended in losing thousands of dollars!! Buyer beware!! Long Beach California

 CreditOne Bank Lousy customer service City of Industry California

 Jenny Voight Voight Farms I removed my daughter's horse due to neglect South Brunswick New Jersey

 busted.com justmugshots.com Super Cop aka Universal Soldier (Capenna S) Being Ripped OFF Illinois

vinnco Glenn Connelly Vinnco, Glenn Connelly, Up & Go Travel, ALL GOLD COAST SCAMMERS! GOLD COAST Queensland Australia

PUSHPIN HOLDINGS LLC, SCAM ALERT: PUSHPIN HOLDINGS LLC

Sources confirm, Richard A. Goren of Bodoff & Associates P.C. has never achieved any serious success financially or politically.

According to an attorney with one of Massachusetts most prestigious law firms, Richard Goren has, quote, "Manufactured his reputation, - he's a fraud."

Sources confirm, the law firm Bodoff & Associates, P.C., is comprised mostly of men. Apparently, this law firm is anti-feminist and anti-Irish.

According to sources, the word used to define this law firm, is, quote, "The Den of Thieves." Apparently, 'The Den of Thieves,' Bodoff & Associates P.C., is responsible for countless cases of racially motivated discrimination and harassment.
Sources confirm, well qualified women of Irish American descent have routinely suffered persecution from this law firm, - 'The Den of Thieves.'

According to one female victim, newly graduated from law school, a.k.a., Richard A. Goren of Bodoff & Associates P.C., maliciously interfered with her career search and sexually harassed her in the process.

According to other victims, alias, Richard Goren, and 'The Den of Thieves,' have routinely employed crime syndicate leaders to threaten and to harass their victims.

According to sources, 'Psycho-Richard' Goren, maliciously and irreparably harmed the career of a young Irish American father of four, college educated, with an impressive career history.

Apparently, by the time 'Psycho-Richard' Goren had finished with his harassment and his frivolous lawsuits this executive had to relocate his entire family to California.

Sources confirm, alias, Richard Goren and 'The Den of Thieves,' Bodoff & Associates P.C., continue to abuse the laws of the State of Massachusetts to threaten, harass and slander anyone, any time, any where.

The Securities and Exchange Commission & The United States Justice Department and other interested law enforcement agencies are currently investigating a.k.a., Richard A. Goren of Bodoff & Associates P.C., for crimes against the State.

This report was posted on Ripoff Report on 02/02/2012 04:47 PM and is a permanent record located here: http://www.ripoffreport.com/r/Bodoff-Associates-PC/internet/Bodoff-Associates-PC-Bodoff-Associates-Attorneys-Fraud-Harassment-Discriminati-833025. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Bodoff & Associates, P.C.

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

Bodoff & Associates, P.C. | Search |  Search Tips

**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| File a Rebuttal | File a Report | Get Started |

**Arbitrate**
Remove Reports?
No! Better yet! Arbitrate to set the record straight!





Bottom Feeder SCAM for 'Debt Collection' on non-exisitent leased equipment/goods New York New York


Allegiant Air Mistreated! Sioux Falls South Dakota


Millionaire Concierge - Doug Turner Rude and unprofessional con artist Fort Lauderdale Florida


FRYS ELECTRONICS FRYS.com uses the ol' Bait and switch. They advertise HP keyboard with computer, then substittue (non comparable) defective product that falls apart after the 30 day warranty period. They refuse to replace. Internet


The Coolidge Law David Coolidge Child Molester Practicing law for children Raleigh North Carolina


VIP Solutions Online (Chicago) Another business's phone number, chat service never online, no replay to emails. 1245 S. Michigan Ave. Illinois


Centennial Bank of Conway, Arkansas aka Centennial Bancorp, Home BancShares, Inc. and Liberty Bancshares, Inc. Fee Grabbing, Replacing Policies Conway Arkansas




TrulyErgonomic TECK no way to contact them, shipped defective product - and no response to filed return - for a $250 keyboard Vancouver BritishColumbia


HCA Professionals SCAM - www.hcaprofessionals.co.uk Fraud HCA Professionals - SCAM REVIEW www.hcaprofessionals.co.ukF59 Waterfront Studios, 1 Dock Road, London E16 1AH0 www.hcaprofessionals.co.uk - They scam you for training and never do anything else SCAM www.hcaprofessionals.co.uk Nationwide


NTB Tire in Montgomery, IL Wheel Alignment Montgomery Illinois

Lyons Insurance & Real Estate Mike Lyons Mike Lyons Insurance ran Fraudulent Unethical Business Scheme Richmond Indiana

mercedes benz of white plains n.y. Leonard SalvatoreRobert carolPeter wirth consumer ripped off and taken advantage of and lied to. white plains New York

### Ripoff Report in the Media


Ripoff Report on CBS 19


Ripoff Report on CBS 19 - Global Marketing Alliance


Ripoff Report on ABC 15 - Smart Shopper


Ripoff Report - Girls Gone Wild


Ripoff Report on Fox 11 - Car Repair

See more videos

### Special Features

Doctored Reviews

What patients don't know
Why Medical Justice's an

Doctored Reviews is designed to help patients, doctors, and websites understand the problems created by Medical Justice, a company trying to restrict online patient reviews, and to offer some ways that let patients freely talk about their healthcare experiences.


DEMOCRACY IS FOR PEOPLE

The government should serve voters, not corporate special interests. Public Citizen works to empower ordinary citizens, reduce the influence of big corporations on government, open the government to public scrutiny, and hold public officials accountable for their misdeeds.



WHAT YOU NEED TO KNOW ABOUT THE BBB: NOT a government agency as listed in your local phone book. Instead the BBB is a private non-profit / franchise operation. 20/20 exposes the BBB, Hamas Terror Group Gets 'A' Rating - BBB is running a "pay for play" scheme.


show





