# RICHARD GOREN

101 FEDERAL STREET SUITE 1900 BOSTON MA 02110

ATTORNEY AT LAW

Telephone  617 261 8585

Facsimile  617 342 7080

Mobile  617 797 4529

rgoren@richardgorenlaw.com

www.richardgorenlaw.com

November 6, 2012

BY EMAIL to David@GingrasLaw.com and David@RipoffReport.com
David S. Gingras, Esq.
Gingras Law Office ,
3941 East Chandler Boulevard #106-243
Phoenix AZ 85048

re: Ripoff Report posted 1/31/12; Richard A. Goren, John Doe dba Arabianights

Dear Mr. Gingras:

    I write to you at the suggestion of Maria Speth. Enclosed is a copy of my October 30, 2012 letter to Ms. Speth. In our extensive telephone discussion Maria suggested that you would consider providing me the name and address and information provided to the Rip Off Report by John Doe dba Arabianights in his application for an account. I will be filing a complaint against John Doe dba Arabianights and would like to avoid the need of securing a Court Order.

    I will call you shortly.

Very truly yours,

Richard A. Goren

RAG:sb
Enclosures