# RICHARD GOREN

101 FEDERAL STREET SUITE 1900 BOSTON MA 02110

ATTORNEY AT LAW

Telephone 617 261 8585

Facsimile 617 342 7080

Mobile 617 797 4529

rgoren@richardgorenlaw.com

www.richardgorenlaw.com

May 14, 2013

BY FEDERAL EXPRESS and by email to David@GingrasLaw.com and David@RipoffReport.com

XCENTRIC VENTURES LLC
c/o David S. Gingras, Esq.
Gingras Law Office,
3941 East Chandler Boulevard #106-243
Phoenix AZ 85048

re: *Richard A. Goren v. John Doe dba Arabianights*, Suffolk Superior Court CA 12-4121-H; May 8, 2013 JUDGMENT

Dear David:

Enclosed is a certified copy of the judgment entered on May 8, 2013.

This is to demand that XCENTRIC VENTURES LLC remove from its Ripoff Report website the Report #831689 posted by John Doe dba Arabianights-Boston Massachusetts on January 31, 2012 captioned "Complaint Review: Richard A. Goren."

Please advise whether XCENTRIC VENTURES LLC will comply with this demand and the judgment.

Very truly yours,

Richard A. Goren

RAG:sb
Enclosure