## David S. Gingras

**From:** David S. Gingras [david@gingraslaw.com]
**Sent:** Thursday, June 27, 2013 9:30 AM
**To:** 'Richard Goren'
**Subject:** RE: GOREN v DOE

Richard,

Claims for injunctive relief in this context are barred by the Communications Decency Act, 47 U.S.C. § 230(c)(1). *See, e.g., Noah v. AOL Time Warner, Inc.*, 261 F.Supp.2d 532, 540 (E.D.Va. 2003) (citing *Smith v. Intercosmos Media Group, Inc.*, 2002 WL 31844907 (E.D.La. Dec.17, 2002)). We have litigated this issue many times and the courts have consistently agreed with our position. *See Giordano v. Romeo*, 76 So.3d 1100 (Fla. 3d Dist 2011) (claim for injunctive relief against Ripoff Report barred by the CDA).

I appreciate that your default judgment purports to transfer ownership of the copyright in this post to you, and I appreciate that copyright claims are not affected by the CDA. However, for various reasons that are beyond the scope of this email, I do not believe the judgment effected a valid transfer of ownership, and I do not believe that Xcentric's continued display of the report would constitute an infringement.

For these reasons, unfortunately Xcentric will not agree to remove the report.

David S. Gingras, Esq.
Gingras Law Office, PLLC
Tel.: (480) 264-1400
Fax: (480) 248-3196



**From:** Richard Goren [mailto:rgoren@richardgorenlaw.com]
**Sent:** Tuesday, June 25, 2013 8:28 AM
**To:** david@gingraslaw.com
**Subject:** RE: GOREN v DOE

Hi David,

Hope you are well and busy! Good luck with your new location.

It is now more than a month and I have had no response to my May 14, 2013 communication. Copy attached.

If I do not hear from you within seven days, that is by 5:00pm (Boston time) July 2, 2013 that Xcentric Ventures has complied with the Order, I will commence legal action.

Richard

```
Law Office of Richard Goren
Richard A. Goren
101 Federal Street Suite 1900
Boston MA 02110
Tel: 617-261-8585
Facs:617-342-7080
Mobile 617-797-4529
rgoren@richardgorenlaw.com
www.richardgorenlaw.com
```

---

**From:** David S. Gingras [mailto:david@gingraslaw.com]
**Sent:** Tuesday, May 14, 2013 4:46 PM
**To:** 'Richard Goren'
**Subject:** RE: GOREN v DOE

Richard,

I will discuss this with the client and get back to you.

Also, please note my address has changed – it's now 4025 E. Chandler Blvd., #70-A26, Phoenix, AZ 85048.

If you sent something to the old address, I will not receive it.

David S. Gingras, Esq.
Gingras Law Office, PLLC
Tel.: (480) 264-1400
Fax: (480) 248-3196



---

**From:** Richard Goren [mailto:rgoren@richardgorenlaw.com]
**Sent:** Tuesday, May 14, 2013 1:24 PM
**To:** David@GingrasLaw.com; David@RipoffReport.com
**Subject:** GOREN v DOE

```
Hi David,

I hope you are well.

Please see attached judgment served on XCENTRIC VENTURES
LLC.
```

Let me know your client's intentions.

Thanks

Richard

Law Office of Richard Goren
Richard A. Goren
101 Federal Street Suite 1900
Boston MA 02110
Tel: 617-261-8585
Facs:617-342-7080
Mobile 617-797-4529
rgoren@richardgorenlaw.com
www.richardgorenlaw.com

9/16/2013