# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMALL JUSTICE LLC, RICHARD A. GOREN, and CHRISTIAN DUPONT dba ARABIANIGHTS-BOSTON MASSACHUSETTS,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES LLC,<br><br>Defendant.<br><br>XCENTRIC VENTURES LLC,<br><br>Counterclaimant,<br><br>v.<br><br>CHRISTIAN DUPONT,<br><br>Counterdefendant. | Civil Action No. 1:13-cv-11701-DJC<br><br>**DEFENDANT XCENTRIC VENTURES, LLC'S NOTICE OF ERRATA** |

NOTICE IS HEREBY GIVEN that Defendant, by and through its undersigned counsel, gives notice that the Answer of Defendant Xcentric Ventures, LLC, filed on April 7, 2014, inadvertently did not include the Counterclaim caption. Defendant's Answer with the correct caption is attached hereto as Exhibit "A".

///

///

///

DATED this 28th day of April, 2014.

        Respectfully submitted,

        BOOTH SWEET LLP

        Daniel G. Booth (BBO#672090)
        32R Essex Street, Suite 1
        Cambridge, Massachusetts 02139
        (617) 250-8602
        dbooth@boothsweet.com

        JABURG & WILK, P.C.

        By: /s/Maria Crimi Speth

        Maria Crimi Speth (admitted pro hac vice)
        3200 N. Central Avenue, Suite 2000
        Phoenix, Arizona  85012
        (602) 248-1000
        mcs@jaburgwilk.com

        *Counsel for Defendant Xcentric Ventures LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2014, I electronically filed the foregoing document to the Clerk's Office using the CM/ECF System for filing, thereby causing a true copy thereof to be served upon counsel of record for Plaintiffs.

        Richard A. Goren
        Law Office of Richard Goren
        101 Federal Street
        Suite 1900
        Boston, MA  02110
        Attorneys for Plaintiffs

        /s/Debra Gower