UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SMALL JUSTICE LLC, ET AL**

V.                                                           CIVIL ACTION NO. **13-11701-DJC**

**XCENTRIC VENTURES LLC**

### Scheduling Order

Casper, J.

    This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

    Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

    1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **May 23, 2014** .

    2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **September 30, 2014** .

    3. **Fact Discovery**.

        a.    **Final Deadline**. All discovery, other than expert discovery, must be completed by **February 13, 2015** .

4. **Expert Discovery**.

    a.    Plaintiff(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **March 13, 2015** .

    b.    Defendant(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **April 13, 2015** .

    c.    All trial experts must be deposed by **May 13, 2015** .

5. **Summary Judgment Motions**.

    a. Motions for summary judgment must be filed by **June 12, 2015** .

    b. Opposition to summary judgment motions must be filed within 21 days after service of the motion pursuant to Local Rule 7.1.

    c. All summary judgment filings shall conform to the requirements of Local Rule 56.1.

Date:  **April 29, 2014**           /s/ Denise J. Casper
        U. S. District Judge