### Rip-off Report

`http://www.ripoffreport.com/FileReport.aspx`

## Company or Individual you are reporting

All the information in **Step 1** is on the Company or Individual you are reporting.
**YOU ARE NOT reporting your personal information here.**

▶ **Name of Company or Individual you are reporting:**

- If you have more than one Company or Individual named in your report, or if the company goes by more than one name (AKA's), put the other names in the "Other Name's" box

Name of Company or Individual: `Infomercial Central`
Aditional names (AKA's): (optional)

▶ **Address of Company or Individual you are reporting:**

- You must enter either a physical street address and/or a web address.
- You may enter both, BUT If the Company or Individual is on the Internet and only on-line based, or you don't have a physical address, you MUST enter their Web address

Street Address: *physical (street) address only, city and state go below*
Web Address: `www.infomercialcentral.com`

▶ **City, State, Zip Code, and Country of Company or Individual you are reporting:**

- Multiple cities can be entered for more than one location.
- If the Company or Individual is on the Internet and only on-line based, and you have entered the Web address: the city, zip code, and country boxes can be left blank. Enter "Internet" in the State box.

City: `Internet`
State/Province: `Internet`  *Select Internet if online only.*
Zip Code: (optional)
Country: `United States of Amer`

▶ **Phone, FAX, and e-mail address of Company or Individual you are reporting:**

- This information is not required, but they are good tools for sympathetic Consumers to let the Company or Individual know how they feel about what they did to you and will only help your situation.
- This information may also be helpful to other victims reading your Ripoff Report.
- The more information you provide, the better.

Fax:
Phone:
E-mail address:

[ Continue ]

**Ripoff Report**

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report |
| Privacy Policy | Terms of Service | FAQ | About Us | Contact Us | Why Ripoff Report will not release author information! |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founde