Rip-off Report

http://www.ripoffreport.com/FileReport.aspx

## Report Title and Category

▶ **Title Your Rip-off Report**

The title of your report is divided into four boxes below but will appear as one line after your report is submitted.
**Your title will look like this:**

**Infomercial Central Infomercial Central Scam! Ordered Magic Bullet on 9-24-2007 and have not received it yet (2-4-2008)!! Internet,**

A. Enter all the names of the Company or Individual you are reporting
   - Be sure to include AKAs

   Company or Individual's names: `Infomercial Central`
   <------(a)------>
   *If the company name does not appear, please enter.*

B. Enter Descriptive words to your title... to describe what the Company or Individual did to you.
   - Be creative when using the example words, it will make your report more interesting.

   Descriptive Words: `Infomercial Central Scam! Ordered Magic Bullet on 9-24-2007 and have not received it yet (2-4-2008)!!`
   <------(b)------>
   *Please limit to 20 words, you can add several phases and edit them too*

C. Enter the City where the Company or Individual is located
   - If the Company or Individual is on the Internet and only on-line based, the city may be left blank

   City: `Internet`
   <------(c)------>
   *If the city name does not appear, please enter.*

D. Enter the State where the Company or Individual is located
   - If the Company or Individual is on the Internet and only on-line based, and you have entered a Web address in Step 1, you must enter "Internet" or "Nationwide" in the State box. Additional States may be added.

   State: `_____`
   <------(d)------>
   *If the state name does not appear, please enter.*

▶ **Categorize Your Ripoff Report:**

First choose a topic, and then locate the best category that suits your report.

① First choose a Topic:
*Check these out for future reference!*
- Automotive
- Community
- Computers & Internet
- Dining
- Education & Instruction
- Electronics
- Entertainment
- Finance
- Health & Fitness
- **Home & Garden**
- Outrageous & Popular Rip-Off
- Services
- Sports & Recreation
- Stores
- Travel
- Unusual Rip-Off

② Second choose a Category:
- **Appliances**
- Architects & Designers
- Artist Galleries
- Bed & Bath
- Blinds / Shutters / Window Care
- Builders & Contractors
- Building Products
- Building Services
- Carpet & Tile Installers
- Carpet & Tile Stores
- Cleaning Services
- Exterminating Services
- Fuel Companies
- Furniture & Furnishings
- Furniture Manufactures
- Garage Door Companies

[ Continue ]  [ Back ]