Rip-off Report

http://www.ripoffreport.com/FileReport.aspx

# File a Report

③ **Write your Report**

## Write Your Report

To help format our reports to be more easily read:
PLEASE....

DO NOT use ALL CAPITAL LETTERS, it makes it hard to read.
DO NOT indent paragraphs.
DO NOT write your report all in one paragraph. Use 2 or 3 sentences to each paragraph and leave a space between each paragraph.
DO NOT sign your name, or include any e-mail addresses in the report.

▶ Write your report in the following text box:

DO NOT sign your name, or include any e-mail addresses in the report. Use the boxes below to automatically put your FIRST name, City and State at the very end of your Ripoff Report.

**B** *I* U ABC

Called them, emailed them, faxed them. They said that they don't have an order. Called my credit card company to cancel the payment. Still trying to get this resolved. It has been since Sept. of 2007 and it is now Feb. 2008.

Do not order from this company!

▶ Enter YOUR first name ONLY and the City and State:

This will automatically place your first name, your City and State at the very end of your report and will add credibility to your Ripoff Report. If you are afraid of retaliation and/or would like to remain anonymous, please change your first name, city, state, and country here.

First name only:  MI
City:  Perrysburg
State:  Ohio

**Continue**   **Back**