# Ripoff Report

Don't let them get away with it.® Let the truth be known! HOME

- File a Report
- Update Report
- Latest Reports
- Consumer Resources
- Consumers Say Thank You
- Legal Directory
- Corporate Advocacy

SEARCH COMPA[NY]
Use Advanced S[earch]

## File a Report

④ Add Photos

### (Optional) Add Photos to your Ripoff Report

Photos are optional. If you have photos or images that you would like to add to your report you can upload them now. Click Browse to find a picture on your computer and then click upload to add the photo to your report.

Don't have photos handy? No problem, you can add them to your report later.

Photo File: [ Choose File ] No file chosen

Caption: [                    ]

**Just click next if you don't have any photos to add**

[ Continue ]  [ Back ]  |  [ Skip ]

---

# Ripoff Report

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report |
| Privacy Policy | Terms of Service | FAQ | About Us | Contact Us | Why Ripoff Report will not release author information! |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
| Want to sue Ripoff Report? | Donate to our Legal Defense |

Copyright © 1998-2010, Ripoff Report. All rights reserved.