# Ripoff Report

Don't let them get away with it.® Let the truth be known! **HOME**

File a Report | Update Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy | SEARCH COM / Use Advance

## File a Report

**⑤ Submit your Report**

### Submit your Report

▸ **Terms and Conditions:**

**1. Ripoff Report Membership Terms & Conditions**

To use this service, you must be at least 14 years old.

www.RipoffReport.com ("ROR") is an online forum created to help keep consumers informed. ROR is operated by Xcentric Ventures, L.L.C. located at:

**Xcentric Ventures, L.L.C.**
Ripoff Report
P.O. Box 310
Tempe, AZ 85280
(602) 359-4357

☐ By posting this report/rebuttal, I attest this report is valid. I am giving Rip-off Report irrevocable rights to post it on the website. I acknowledge that once I post my report, it will not be removed, even at my request. Of course, I can always update my report to reflect new developments by clicking on UPDATE. Further, I agree that by posting the report/rebuttal that the State of Arizona has exclusive jurisdiction over any disputes between me and the operators of Rip-off Report arising out of this posting.

▸ **Contact me if there is an investigation:**

☐ I am willing to be contacted by the media, a consumer advocate, lawyer or government authority to help further my cause or to help with an investigation against the business or individual I am reporting.

[ Continue ] [ Back ]

**Ripoff Report**

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report |
| Privacy Policy | Terms of Service | FAQ | About Us | Contact Us | Why Ripoff Report will not release author information |