UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SMALL JUSTICE LLC,<br><br>And others,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES LLC,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:13-cv-11701-DJC<br>)<br>) *LEAVE GRANTED October 31, 2014*<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

Plaintiffs bring to the Court's attention three recent cases, *Hendricks & Lewis PLLC v. Clinton,* 766 F. 3d 991 (9th Cir. Amended opinion Aug. 26, 2014), *Auto Flat Car Crushers, Inc. v. Hanover Ins. Co.*, 469 Mass. 813 (October 15, 2014) and *Jane Doe 14 v. Internet Brands, Inc.*, 767 F.3d 894 (9th Cir. Sept. 17, 2014) attached as Exhibits 1, 2 and 3 respectively.

                                                          Respectfully submitted,

                                                          SMALL JUSTICE LLC,
                                                          RICHARD A. GOREN, and CHRISTIAN
                                                          DUPONT,
                                                          Plaintiffs,

                                                          by their attorney,

October 31 , 2014

                                                          */s/ Richard A. Goren*
                                                          Richard A. Goren, Esq. BBO #203700
                                                          Law Office of Richard Goren
                                                          101 Federal Street Suite 1900
                                                          Boston MA 02110
                                                          617-261-8585
                                                          rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on October 31, 2014.

*/s/ Richard A. Goren*