UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SMALL JUSTICE LLC**
          Plaintiff(s)

      v.                          CIVIL ACTION NO. **13-11701-DJC**

**XCENTRIC VENTURES LLC**
          Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**.  In accordance with the Memorandum and Order dated March 27, 2015 granting defendants's motion for summary judgment;

**IT IS  ORDERED AND ADJUDGED**

Judgment for defendant Xcentric Ventures LLC


                                        Robert M. Farrell, Clerk

Dated:   March 27, 2015                   /s/ Lisa M. Hourihan
                                        ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ____%.

(judgciv.frm - 10/96)                                                    [jgm.]