UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMALL JUSTICE LLC, <br> RICHARD A. GOREN, <br> and, <br> CHRISTIAN DUPONT dba <br> ARABIANIGHTS-BOSTON <br> MASSACHUSETTS <br><br> Plaintiffs, <br><br> v. <br><br> XCENTRIC VENTURES LLC, <br> Defendant. | CIVIL ACTION NO. 1:13-cv-11701-DJC <br><br> *NOTICE OF APPEAL* |

Notice is hereby given that SMALL JUSTICE LLC, RICHARD A. GOREN and CHRISTIAN DUPONT, being all the plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the judgment for defendant Xcentric Ventures LLC (Paper 104) entered on March 27, 2015 in accordance with the Memorandum and Order dated March 27, 2015 granting defendant's motion for Summary Judgment.

|  |  |
|---|---|
|  | Respectfully submitted, <br> SMALL JUSTICE LLC, RICHARD A. GOREN, <br> and CHRISTIAN DUPONT, <br> Plaintiffs, <br><br> by their attorney, |
| April 24, 2015 |  |
|  | */s/ Richard A. Goren* <br> Richard A. Goren, Esq. BBO #203700 <br> Law Office of Richard Goren <br> 101 Federal Street Suite 1900 <br> Boston MA 02110 <br> 617-261-8585 <br> rgoren@richardgorenlaw.com |

As of May 1, 2015

Law Office of Richard Goren
1 State Street Suite 1500
Boston MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on April 24, 2015.

    */s/ Richard A. Goren*