UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMALL JUSTICE LLC, RICHARD A. GOREN, and CHRISTIAN DUPONT dba ARABIANNIGHTS-BOSTON MASSACHUSETTS,<br><br>Plaintiffs,<br><br>vs.<br><br>XCENTRIC VENTURES LLC,<br><br>Defendant. | Case No.: 1:13-cv-11701-DJC |

**MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR AWARD OF COSTS AND ATTORNEY'S FEES**

Pursuant to Local Rule 7.1(b)(3), Defendant Xcentric Ventures LLC ("Xcentric") respectfully seeks leave to file a reply brief in further support of its Motion for Award of Costs and Attorney's Fees. Doc. 105 (the "Motion for Fees"). Xcentric's proposed reply, attached hereto, would address issues raised in Plaintiffs' Opposition thereto (Doc. 111), including the legal standard applicable to the Motion for Fees, the factual grounds in support, and the failure of Plaintiffs' Opposition to state any valid grounds to deny the Motion for Fees. Xcentric believes the reply brief will assist the Court in its analysis of the issues raised in the Opposition and in reaching its determination on the Motion for Fees.

WHEREFORE, Defendant Xcentric Ventures LLC respectfully seeks leave to file the attached reply brief.

1

|  |  |
|---|---|
| | Respectfully submitted, |
| | BOOTH SWEET LLP |
| May 22, 2015 | By: /s/ Dan Booth<br>Daniel G. Booth (BBO# 672090)<br>32R Essex Street, Suite 1<br>Cambridge, Massachusetts 02139<br>(617) 250-8602<br>dbooth@boothsweet.com |
| | JABURG & WILK, P.C. |
| | Maria Crimi Speth (admitted *pro hac vice*)<br>3200 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>(602) 248-1000<br>mcs@jaburgwilk.com |
| | *Counsel for Defendant Xcentric Ventures LLC* |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Dan Booth, hereby certify that on this May 22, 2015, counsel for Xcentric sought to confer with Plaintiff Richard A. Goren, attorney of record for all Plaintiffs, in an attempt to resolve the issues raised in this motion, but was unable to reach resolution.

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Leave to File a Reply in Further Support of Defendant's Motion for Award of Costs and Attorney's Fees by using the Court's ECF system on this 22nd day of May, 2015, thereby causing a true copy of said document to be served electronically upon Plaintiffs' attorney of record.

/s/ Dan Booth