# The Commonwealth of Massachusetts
## William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

**Foreign Limited Liability Company**
**Application for Registration**
(General Laws Chapter 156C, Section 48)

**FILED**
AUG 25 2014
SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

Federal Identification No.: __45-4002758__

(1a) The exact name of the limited liability company:

**SMALL JUSTICE LLC**

(1b) If different, the name under which it proposes to do business in the Commonwealth of Massachusetts:

(2) The jurisdiction* where the limited liability company was organized:

**DELAWARE**

(3) The date of organization in that jurisdiction: December 9, 2011

(4) The general character of the business the limited liability company proposes to do in the Commonwealth:

real estate development

(5) The business address of its principal office:

c/o Goren
341 Newtonville Avenue
Newton MA 02460-2015

(6) The business address of its principal office in the Commonwealth, if any:

n/a

(7) The name and business address, if different from principal office location, of each manager:

n/a

(8) The name and business address of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property recorded with a registry of deeds or district office of the land court:

| NAME | ADDRESS |
|---|---|
| Richard Goren | 341 Newtonville Avenue<br>Newton MA 02460 |

(9) The name and street address of the resident agent in the Commonwealth:

Richard Goren
Law Office of Richard Goren
101 Federal Street Suite 1900
Boston MA 02110

(10) The latest date of dissolution, if specified: n/a

(11) Additional matters:

Signed by (by at least one authorized signatory): _[signature: Richard Goren]_,

I  **Richard Goren**
resident agent of the above limited liability company, consent to my appointment as resident agent pursuant to G.L. c156C § 48 (or attach resident agent's consent hereto).

\* Attach a certificate of existence or good standing issued by an officer or agency properly authorized in home state.

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "SMALL JUSTICE LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTH DAY OF AUGUST, A.D. 2014.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "SMALL JUSTICE LLC" WAS FORMED ON THE NINTH DAY OF DECEMBER, A.D. 2011.

Jeffrey W. Bullock, Secretary of State

5077445   8300

141032779

AUTHENTICATION: 1592104

DATE: 08-04-14

You may verify this certificate online
at corp.delaware.gov/authver.shtml

# COMMONWEALTH OF MASSACHUSETTS

1056

### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Foreign Limited Liability Company
## Application for Registration
(General Laws Chapter 156C, Section 48)

I hereby certify that upon examination of this foreign limited liability company application for registration, duly submitted to me, it appears that the provisions of the General Laws have been complied with, and I hereby approve said application; and the filing fee in the amount of $500.00 having been paid, said application is deemed to have been filed with me this _25th_ day of _August_ 20_14_ at _____ am/pm.
                                                                                          *time*

1228417

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

Filing fee: $500

## TO BE FILLED IN BY
## FOREIGN LIMITED LIABILTY COMPANY

Contact Information:

_____

_____

_____

Telephone: _____

Email: _____

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

CORP... SEC...
2014 AUG 25 AM 10:59