# United States Court of Appeals
## For the First Circuit

No. 16-1085

SMALL JUSTICE LLC; RICHARD A. GOREN;
CHRISTIAN DUPONT, d/b/a Arabianights-Boston, Massachusetts

Plaintiffs - Appellants

v.

XCENTRIC VENTURES LLC

Defendant - Appellee

ORDER OF COURT

Entered: March 28, 2016
Pursuant to 1st Cir. R. 27.0(d)

     This court has docketed plaintiffs-appellants Small Justice LLC and Richard A. Goren's notice of appeal (D.E. No. 161), from the December 31, 2015 order granting defendant's renewed motion for attorneys' fees entered in No. 1:13-cv-11701-DJC (D. Mass.), as appeal no. 16-1085.   Defendant filed a motion to amend the order awarding attorneys' fees (D.E. No. 160), and plaintiff filed a motion to vacate the order awarding attorneys' fees (D.E. No. 169), and those motions remain pending in the district court. Pursuant to Fed. R. App. P. 4 (a)(4)(A), the notice of appeal does not become effective until the district court disposes of the post-judgment motions.

     Therefore, appellant is directed to file a status report by **April 27, 2016** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion.   Further, the appellant is directed to inform this court whether he intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B).

     Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution.   1st Cir. R. 3.0(b).

      Once the district court rules on the pending motion, it is directed to forward its decision(s) to this court forthwith.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:    Honorable Denise J. Casper
       Robert M. Farrell, Clerk of Court
       Richard A. Goren
       Daniel G. Booth
       Maria C. Speth
       Mark D. Stern